1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OLD LADDER LITIGATION CO., LLC,** ) | **CIV-F-08-0824 AWI DLB** |
| **Plaintiff**, ) | |
| ) | **ORDER RE: INTRADISTRICT** |
| **v.** ) | **TRANSFER TO SACRAMENTO** |
| ) | |
| **GRIEF BROS CORPORATION,** ) | |
| ) | |
| **Defendant**. ) | |
| ———————————————— ) | |

Plaintiff filed suit in the Eastern District of California, Fresno Division on June 11, 2008 seeking to avoid a transfer pursuant to 11 U.S.C. 547 and 550.  The case relates to a bankruptcy filed in the District of Delaware.  In the complaint, Plaintiff refers to this court as the "Bankruptcy Court" and is vague as to subject matter jurisdiction and venue.  Nevertheless, the only possible jurisdictional nexus to the Eastern District is a claim that "Defendant has a mailing address for receipt of payments of 3901 N. Navone Road, Stockton CA 95215." Doc. 1, at 3.  Under the local rules of the Eastern District,

All civil and criminal actions and proceedings of every nature and kind cognizable by the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare and Tuolumne counties shall be commenced in the United States District Court sitting in Fresno, California, and in Bakersfield, Yosemite National Park or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings. All civil and criminal actions and legal proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc,

1

Mono, Nevada, Placer, Plumas, Sacramento, *San Joaquin*, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo and Yuba counties shall be commenced in Sacramento, California, and in Redding or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings.

Local Rule 3-120(d), emphasis added.  The City of Stockton (and the listed address) is in San Joaquin County.  Local Rule 3-120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that an action has not been commenced in the proper Court in accordance with this Rule, or for other good cause, the Court may transfer the same to another venue within the District."

Accordingly, it is hereby ORDERED that this matter is transferred to the Sacramento Division of the Eastern District of California.


IT IS SO ORDERED.

**Dated:    June 13, 2008**                          **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE

2