UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OLD LADDER LITIGATION CO., LLC, as,)
Litigation Designee on behalf of   )      2:08-cv-01361-GEB-EFB
the Liquidation Trust,              )
                                    )      DISMISSAL ORDER
                Plaintiff,          )
                                    )
        v.                          )
                                    )
GRIEF BROS CORPORATION,             )
                                    )
                Defendant.          )
_____)

        Plaintiff filed this action in the wrong court.  "[A]ll

cases under Title 11, and all proceedings arising under Title 11 or

arising or related to cases under Title 11," shall be filed in the

bankruptcy court.  (General Order No. 182)   Therefore, this action

is dismissed without prejudice, and shall be closed.

Dated:  October 16, 2008

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

1